**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SUE ALLEN,**

                  **Plaintiff,**

**-vs-**                                                **Case No. 6:06-cv-1441-Orl-31KRS**

**SHAYONA ENTERPRISES OF**
**AMERICA, INC., d/b/a Weavers Cleaners**
**USA,**

                  **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the untitled motion filed by Mina Patel and Kamlesh Patel on behalf of Defendant Shayona Enterprises of America Inc. Doc. No. 14. Mina Patel and Kamlesh Patel indicate that they are seeking legal assistance, and request an extension regarding the case.

Pursuant to Middle District of Florida Local Rule 2.03(e), a corporation may only appear and be heard through counsel admitted to practice before the Court. It does not appear that either Mina Patel or Kamlesh Patel is an attorney. Therefore, this motion is not effective for Shayona Enterprises of America, the only defendant, and must be **DENIED**.

The Defendant is advised that a default has been entered against it. Doc. No. 10. Accordingly, if Defendant Shayona Enterprises of America wishes to be heard in this matter, it is imperative that it retain an attorney to enter an appearance on its behalf, and that the attorney file a motion pursuant to Federal Rule of Civil Procedure 55(c) to have the default set aside.

The Clerk of Court is directed to send a copy of this Order to Kamlesh Patel, Registered Agent of Shayona Enterprises of America Inc., at 224 S. Florida Ave., Deland, FL 32720.

**DONE** and **ORDERED** in Orlando, Florida on February 22, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties