**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SUE ALLEN,**

              **Plaintiff,**

**-vs-**                                       **Case No. 6:06-cv-1441-Orl-31KRS**

**SHAYONA ENTERPRISES OF AMERICA,**
**INC., d/b/a Weavers Cleaners USA,**

              **Defendant.**
_____

## ORDER

This cause comes before the Court on Motion for Entry of Default Final Judgment (Doc. No. 12) filed January 23, 2007.

On May 16, 2007, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    That the Motion for Entry of Default Final Judgment is GRANTED in part and DENIED in part. The collective action allegations in the Complaint are DISMISSED.

3.    The Clerk is directed to enter judgment for Plaintiff and against Shayona Enterprises as follows:

-     FLSA claim (including liquidated damages) $45,405.36

- Breach of Contract claim        950.00
- Attorney's fees        2,850.00
- Costs        370.00

Total        $49,575.36

4. After entry of judgment, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on  day of June, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party